114

515 A.2d 1379

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Roy Gray BOND.**

Supreme Court of Pennsylvania.

Oct. 14, 1986.

Petition for Allowance of Appeal GRANTED, No. 74 W.D. Appeal Docket 1986.

516 A.2d 1

**James PIVIROTTO**

v.

**CITY OF PITTSBURGH, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 3, 1986.

Petition for Allowance of Appeal GRANTED, No. 71 W.D. Appeal Docket 1986.